UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 14-1756-DMG (KKx)** | Date | July 24, 2015 |
|---|---|---|---|
| Title | *Cecil Shaw v. Amir H. Siddiqi et al.* | | |

Present: The Honorable    KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **ORDER for Defendant Siddiqi and Defense Counsel to Show Cause Why Sanctions Should Not be Entered for Failure to File Confidential Settlement Conference Statement (IN CHAMBERS)**

        On January 16, 2015, the Honorable Dolly M. Gee referred this matter for a settlement conference.  (ECF Docket No. ("dkt.") 38).  On June 25, 2015, the Court issued an Order Regarding Settlement Conference, scheduling the settlement conference for July 29, 2015 and ordering the parties to submit a Confidential Settlement Conference Statement five court days prior to the date of the settlement conference.  (Dkt. 64).  Hence, according to the Court's June 25, 2015 order, the deadline for submitting Confidential Settlement Conference Statements was Wednesday, July 22, 2015.

        As of this date, the Court has not received a Confidential Settlement Conference Statement from defendant Amir H. Siddiqi.  The Court ORDERS defendant Amir H. Siddiqi and defendant's counsel, Stephen E. Abraham, to show cause why they should not be sanctioned in the amount of $1,000 each for their failure to comply with the Court's order.  Defendant and defense counsel shall respond in writing to this Order to Show Cause and submit the required filings no later than **July 28, 2015.**

        **IT IS SO ORDERED.**